Aaron L. MIDGYETT, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 73485.

Missouri Court of Appeals,
Western District.

May 1, 2012.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 26, 2012.

Aaron L. Midgyett, appellant pro se.

Shaun J. Mackelprang, for Respondent.

Before Division Two: GARY D. WITT,
Presiding Judge, JOSEPH M. ELLIS,
Judge and MARK D. PFEIFFER, Judge.

### ORDER

PER CURIAM:

Aaron Midgyett appeals from the denial of his Rule 29.15 motion for post-conviction relief. After a thorough review of the record, we conclude that the judgment is based upon findings of fact that are not clearly erroneous and that no error of law appears. A formal, published opinion would have no precedential value; however, a memorandum explaining the reason for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

Keith FOREST, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 97343.

Missouri Court of Appeals,
Eastern District.

May 9, 2012.

Application for Transfer to Supreme Court
Denied June 20, 2012.

Keith Forest, Cameron, MO, pro se.

Chris Koster, Jennifer A. Wideman, Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before: KATHIANNE KNAUP CRANE, P.J., KURT S. ODENWALD, C.J., and KENNETH M. ROMINES, J.

### ORDER

PER CURIAM.

Appellant Keith Forest ("Forest") appeals the circuit court's judgment denying his motion to reopen post-conviction proceedings pursuant to Rule 75.01 on grounds of abandonment of post-conviction counsel. We have reviewed the briefs and the Record on Appeal, and find no error of law in this case. Thus, a written opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).

AFFIRMED.